UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GUY N. KIRBY,

    Petitioner,

v.                              Case No. 8:05-cv-895-T-23MSS

JAMES V. CROSBY, JR.,

    Respondent.
_____/

**O R D E R**

    Guy Kirby petitions for the writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 2) and challenges the revocation of more than 2000 days of gain time. Kirby originally filed this action in the Northern District of Florida while he was confined in the Jackson Correctional Institution. That court transferred the action to the Middle District of Florida because (1) the court interpreted the petition as requesting a writ of habeas corpus pursuant to 28 U.S.C. § 2254 instead of § 2241, and Kirby's conviction is from Hillsborough County, and (2) the court erroneously believed that Kirby's present place of confinement, Avon Park Correctional Institution, is within the jurisdiction of the Middle District of Florida.

    Kirby clearly states that his petition is pursuant to § 2241 and not § 2254. Moreover, the petition clearly does not challenge the validity of his original conviction or sentence, but is specifically limited to duration of confinement due to the revocation of

gain time credits.   Consequently, Kirby correctly styled his petition as a § 2241 proceeding.

A petition for the writ of habeas corpus pursuant to § 2241 must be filed in the district with jurisdiction over the petitioner's place of confinement.  28 U.S.C. § 2241(a) and (d).  According to the Florida Department of Correction's website, Kirby's present place of confinement is Avon Park Correctional Institution, which is located in Highlands County, and that county is within the jurisdiction of the Ft. Pierce Division of the Southern District of Florida.

Accordingly, this case is **TRANSFERRED** to the United States District Court for the Southern District of Florida, Ft. Pierce Division, for all further proceedings.  The clerk shall immediately forward the file to that District and **CLOSE** this civil action.

ORDERED in Tampa, Florida, on May 16, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

SA/ro